IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3111 |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LEOPOLDO ROMO, | ) | |
| | ) | |
| Defendant. | ) | |

On January 18, 2006, the court ordered the United States to answer the defendant's § 2255 claim alleging ineffective assistance of counsel. The government has filed a second motion (filing 56) to extend the time in which it must file an answer to the defendant's § 2255 claim, stating that additional time is needed to obtain an affidavit from defense counsel. I shall grant the government's motion.

IT IS ORDERED:

1. The government's Second Motion to Extend Time to File Answer to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (filing 56) is granted;

2. By March 13, 2006, the United States shall file an answer to the defendant's § 2255 claim, supported by a brief; and

3. By April 12, 2006, the defendant may file a reply brief.

March 6, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge