IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| LEOPOLDO ROMO, | ) | |
| | ) | |
| Defendant. | ) | |

I have conferred with counsel and Mr. Vanderslice to schedule a hearing in this case. With their advice,

IT IS ORDERED that:

(1) A one-half day hearing on the defendant's 2255 motion (filing 46) is scheduled for Tuesday, September 5, 2006, between 1:00-5:00 p.m.

(2) The United States Marshal shall procure the attendance of the defendant at the hearing.

(3) The Clerk of the Court shall obtain a live interpreter to attend the hearing.

(4) The Clerk of the Court shall provide a copy of this memorandum and order to the United States Marshals, Mr. Vanderslice, Ms. Wagner, and Mr. Lonowski.

June 20, 2006.                                  BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge