IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3111 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LEOPOLDO ROMO, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that the defendant's evidentiary hearing on Motion to Vacate under 28 U.S.C. 2255 (filing 46) is continued to Monday, September 25, 2006, from 8:00 a.m. to 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 3, 2006.                                    BY THE COURT:

                                                   s/ *Richard G. Kopf*
                                                   United States District Judge