IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:04CR3111 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| LEOPOLDO ROMO, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Leopoldo Romo providing that Romo's motion (filing 46) pursuant to 28 U.S.C. § 2255 is denied with prejudice.

October 3, 2006.                    BY THE COURT:

                                    *Richard G. Kopf*
                                    United States District Judge